**MEMO ENDORSED**

**STEPHEN R. KRAWITZ, LLC**
Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

Stephen R. Krawitz, Esq.‡
Lisa P. Salzberg, Esq.*

*Of Counsel*
Elise R. Greenspan, Esq.
David J. Zendell, Esq.*
Steven C. Greenspan†

*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

(212) 682-0707
(203) 259-7800
Facsimile
(212) 682-8821
website: newyorktrialattorney.com
email: skrawitz@aol.com

Connecticut Office
Daniel Court
Westport, CT 06880

New Jersey Office
651 Undercliff Avenue
Edgewater, NJ 07020

*Handwritten: CONFERENCE ADJOURNED UNTIL 9/28/07 AT 9:15 A.M.*

Honorable Judge Richard M. Berman
United States District Court
500 Pearl Street, Room 605
New York, New York 10007

SO ORDERED:
Date: 8/27/07
*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

Re: Daniel Nektalov, et al vs. Jefferson Valley Mall, et al
Docket No: 07 CV 6533(RMB)

Dear Honorable Judge Berman:

Please be advised that this firm has been retained to represent the plaintiffs in connection with the above referenced matter. On July 30, 2007 the defendant Simons Property Group, Inc. was served with the Summon and Complaint, however service has yet to be completed on the co-defendants Jefferson Valley Mall, Jefferson Valley Mall Limited Partnership and M.S. Management Associates, Inc.

On August 15, 2007 this firm extended the defendant Simons Property Group, Inc. time to answer said complaint to September 14, 2007. Therefore, this firm requests that the conference scheduled for tomorrow August 28, 2007, is adjourned to the last week of September to permit the defendants to appear and answer the plaintiffs Complaint.

If you have any further questions or need any additional information, please feel free to contact me at (917)270-7687.

Respectfully Submitted,

Stephen R. Krawitz, Esq.

SRK/mk

cc:  Simmons, Jannace & Stagg, LLP.
     Attorney for Defendant
     Simons Property Group
     75 Jackson Avenue
     Syosset, NY 11791

RECEIVED AUG 27 2007
CHAMBERS OF
RICHARD M BERMAN
USDJ