**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------x

DANIEL NEKATALOV and NINA
YAGUDAYEVA,                                          Civil Action No.:

                                                     07-CV-6533
          Plaintiffs,

     -against-                                       **RULE 7.1 DISCLOSURE**


                                                     **J. Berman**

JEFFERSON VALLEY MALL, JEFFERSON
VALLEY MALL LIMITED PARTNERSHIP,                     **M.J. Peck**
M.S. MANAGEMENT ASSOCIATES, INC.,
and SIMONS PROPERTY GROUP, INC.,

          Defendants.
--------------------------------------x

    Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC. (hereinafter "SIMON"), by its attorneys Simmons, Jannace & Stagg, L.L.P, submits the following identification of corporate parents, subsidiaries and affiliates:

                            NONE


Dated:    Syosset, New York
          September 14, 2007

        SIMMONS, JANNACE & STAGG, L.L.P.
Attorneys for Defendants
JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC. and SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC.


By: /s/ Thomas E. Stagg
      Thomas E. Stagg (ts-0663)
**Office & P.O. Address**
75 Jackson Avenue, Suite 100
Syosset, New York 11791-3139
(516) 357-8100


To:  STEPHEN R. KRAWITZ, LLC.
     Attorneys for Plaintiffs
     271 Madison Avenue
     Suite 200
     New York, New York 10016
     (212) 682-0707