**CERTIFICATE OF SERVICE**

**RE:       DANIEL NEKTALOV and NINA YAGUDAYEVA V. JEFFERSON VALLEY
           MALL, JEFFERSON VALLEY MALL
           LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES,
           INC., and SIMONS PROPERTY GROUP, INC.,
           Docket No.: 07-CV-6533
           J. Berman; M.J. Peck**

I hereby certify that on September 14, 2007, the foregoing 7.1 Disclosure of defendant SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC. was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

STEPHEN R. KRAWITZ, LLC.
271 Madison Avenue
Suite 200
New York, New York 10016
(212) 682-0707

                        BY:    /s/Thomas E. Stagg
                               Thomas E. Stagg (ts-0663)
                               Simmons, Jannace & Stagg, L.L.P.