**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------x

| | |
|---|---|
| DANIEL NEKATALOV and NINA YAGUDAYEVA, | Civil Action No.: |
| | 07-CV-6533 |
| Plaintiffs, | |
| -against- | **RULE 7.1 DISCLOSURE** |
| | **J. Berman** |
| JEFFERSON VALLEY MALL, JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC., and SIMONS PROPERTY GROUP, INC., | **M.J. Peck** |
| Defendants. | |

---------------------------------------x

Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant JEFFERSON VALLEY MALL LIMITED PARTNERSHIP s/h/a JEFFERSON VALLEY MALL and JEFFERSON VALLEY MALL LIMITED PARTNERSHIP (hereinafter "JEFFERSON"), by its attorneys Simmons, Jannace & Stagg, L.L.P, submits the following identification of corporate parents, subsidiaries and affiliates:

1) JEFFERSON SIMON PROPERTY, INC., a Delaware Corporation, 1% general partner;

2) SIMON PROPERTY GROUP, L.P., a Delaware limited partnership, 99% limited partner.

Dated:    Syosset, New York
          September 14, 2007

        SIMMONS, JANNACE & STAGG, L.L.P.
        Attorneys for Defendants
        JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC. and SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC.

        By: /s/Thomas E. Stagg
            Thomas E. Stagg (ts-0663)
        **Office & P.O. Address**
        75 Jackson Avenue, Suite 100
        Syosset, New York 11791-3139
        (516) 357-8100

To:  STEPHEN R. KRAWITZ, LLC.
     Attorneys for Plaintiffs
     271 Madison Avenue
     Suite 200
     New York, New York 10016
     (212) 682-0707