**CERTIFICATE OF SERVICE**

RE:   DANIEL NEKTALOV and NINA YAGUDAYEVA V. JEFFERSON VALLEY
      MALL, JEFFERSON VALLEY MALL
      LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES,
      INC., and SIMONS PROPERTY GROUP, INC.,
      Docket No.: 07-CV-6533
      J. Berman; M.J. Peck

I hereby certify that on September 14, 2007, the foregoing 7.1 Disclosure of defendant JEFFERSON VALLEY MALL LIMITED PARTNERSHIP s/h/a JEFFERSON VALLEY MALL and JEFFERSON VALLEY MALL LIMITED PARTNERSHIP was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

STEPHEN R. KRAWITZ, LLC.
271 Madison Avenue
Suite 200
New York, New York 10016
(212) 682-0707

                          BY:   /s/ Thomas E. Stagg
                                Thomas E. Stagg (ts-0663)
                                Simmons, Jannace & Stagg, L.L.P.