**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x

DANIEL NEKATALOV and NINA YAGUDAYEVA,                        Civil Action No.:

                                                 07-CV-6533
               Plaintiffs,

    -against-                                      **RULE 7.1 DISCLOSURE**


                                                 **J. Berman**

JEFFERSON VALLEY MALL, JEFFERSON
VALLEY MALL LIMITED PARTNERSHIP,                            **M.J. Peck**
M.S. MANAGEMENT ASSOCIATES, INC.,
and SIMONS PROPERTY GROUP, INC.,

               Defendants.
----------------------------------------x

    Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant M.S. MANAGEMENT ASSOCIATES, INC. (hereinafter "M.S."), by its attorneys Simmons, Jannace & Stagg, L.L.P, submits the following identification of corporate parents, subsidiaries and affiliates:

                             NONE


Dated:    Syosset, New York
           September 14, 2007

SIMMONS, JANNACE & STAGG, L.L.P.
Attorneys for Defendants
JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC. and SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC.


By: /s/ Thomas E. Stagg
    Thomas E. Stagg (ts-0663)
**Office & P.O. Address**
75 Jackson Avenue, Suite 100
Syosset, New York 11791-3139
(516) 357-8100


To:   STEPHEN R. KRAWITZ, LLC.
     Attorneys for Plaintiffs
     271 Madison Avenue
     Suite 200
     New York, New York 10016
     (212) 682-0707