**CERTIFICATE OF SERVICE**

RE: **DANIEL NEKTALOV and NINA YAGUDAYEVA V. JEFFERSON VALLEY MALL, JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC., and SIMONS PROPERTY GROUP, INC.,**
Docket No.: 07-CV-6533
J. Berman; M.J. Peck

I hereby certify that on September 14, 2007, the foregoing 7.1 Disclosure of defendant M.S. MANAGEMENT ASSOCIATES, INC. was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

STEPHEN R. KRAWITZ, LLC.
271 Madison Avenue
Suite 200
New York, New York 10016
(212) 682-0707

By: /s/ Thomas E. Stagg
Thomas E. Stagg (ts-0663)
Simmons, Jannace & Stagg, L.L.P.