**CERTIFICATE OF SERVICE**

RE:      DANIEL NEKTALOV and NINA YAGUDAYEVA V. JEFFERSON VALLEY
MALL, JEFFERSON VALLEY MALL
LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES,
INC., and SIMONS PROPERTY GROUP, INC.,
Docket No.: 07-CV-6533
J. Berman; M.J. Peck_____

I hereby certify that on September 14, 2007, the foregoing ANSWER of defendant JEFFERSON VALLEY MALL LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC. and SIMON PROPERTY GROUP, L.P. s/h/a SIMONS PROPERTY GROUP, INC. was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

STEPHEN R. KRAWITZ, LLC.
271 Madison Avenue
Suite 200
New York, New York 10016
(212) 682-0707

                                        BY:    /s/ Thomas E. Stagg_____
                                                 Thomas E. Stagg (ts-0663)
                                                 Simmons, Jannace & Stagg, L.L.P.