UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

DANIEL NEKTALOV & NINA YAGUDAYEVA,      :

           Plaintiffs,     :     07 Civ. 6533 (RMB) (AJP)

           -against-      :     **ORDER TRANSFERRING CASE**
                                            **TO WHITE PLAINS COURTHOUSE**

JEFFERSON VALLEY MALL, JEFFERSON VALLEY   :
MALL LIMITED PATNERSHIP,
M.S. MANAGEMENT ASSOCIATES, INC.          :
& SIMONS PROPERTY GROUP, INC.,
                                         :

           Defendants.
                                         :
------------------------------------ x

**ANDREW J. PECK, United States Chief Magistrate Judge:**

        Because the principal offices of the defendants are in Westchester County and the accident occured in Yorktown Heights, also within one of the "Northern Counties," and because plaintiffs reside in Queens (in the Eastern District of New York), this action is transferred to the White Plains Courthouse pursuant to Rules 21 and 22 of the Southern District of New York "Rules for the Division of Business Among District Judges." The Clerk of Court shall re-assign this case to a District Judge and Magistrate Judge in the White Plains Courthouse.

        SO ORDERED.

DATED:        New York, New York
                  October 1, 2007

                                                            Andrew J. Peck
                                             United States Chief Magistrate Judge

Copies **by fax & ECF** to:        Stephen R. Krawitz, Esq.
                                  Thomas E. Stagg, Esq.
                                  Judge Richard M. Berman
                                  Dorothy Guranich, Clerk's Office

C:\ORD\