```
                                                          Trans #: 10640075
U.S. DISTRICT                                             Index #: 6533 CV 07
_____ COURT OF THE STATE OF NEW YORK              Filed: NO   Court Date:  / /
COUNTY OF  SOUTHERN                                       Mortg #:    FD 7/20/07
```

DANIEL NEKTALOV & NINA YAGUDAYEVA                 Petitioner(s)
                                                  Plaintiff(s)
                        — vs —
                                                                    STEPHEN R. KRAWITZ, LLC
JEFFERSON VALLEY MALL ET AL                       Defendant(s)      271 MADISON AVE
                                                  Respondent(s)     SUITE 200
                                                                    NEW YORK, NY 10016

STATE OF NEW YORK: COUNTY OF _____NASSAU_____ : SS:

YOLER JEAN-BAPTISTE _____, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 07, XX2007 12:30 PM, at CT CORP:111 8TH AVE, NEW YORK, NY 10011

deponent served the within SUM/COMP/INDEX NO&DATE FILED ENDORSED THEREON _____ on

M.S. MANAGEMENT ASSOCIATES, INC. _____ defendant therein named.

**INDIVIDUAL**
1 ☐   By Personally delivering to and leaving with said _____ a true copy thereof,
      and that he knew the person so served to be the person mentioned and described in said _____
      ☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒   By delivering to and leaving with NORA DINDYAL - MAN. AGENT at CT CORP:111 8TH AVE, NEW YORK,
      10011 _____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
3 ☐   By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐   By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐   Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐   Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age  36-50   Approximate weight  131-160   Approximate height  5'4"-5'8"   Sex  F
Color of skin  TAN       Color of hair  BLACK          Other  GLASSES

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

_____                _____
Sworn to before me this                           YOLER JEAN-BAPTISTE, Lic. # 657717
DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28, __       *Interboro Attorney Service Corporation*
       2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000

Case 7:07-cv-06533-CS     Document 16     Filed 10/07/2007     Page 2 of 2