# STEPHEN R. KRAWITZ, LLC

Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

Stephen R. Krawitz, Esq.‡
Lisa P. Salzberg, Esq.*
*Of Counsel*
Elise R. Greenspan, Esq.
David J. Zendell, Esq.*
Steven C. Greenspan, Esq.†
*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

(212) 682-0707
(203) 259-7800
Facsimile:
(212) 682-8821
website: newyorktrialattorney.com
email: skrawitz@aol.com

Connecticut Office
Daniel Court
Westport, CT 06880

New Jersey Office
651 Undercliff Avenue
Edgewater, NJ 07020

November 1, 2007

Hon. Charles L. Brieant
U.S. District Court
Southern District of New York
White Plains Federal Courthouse
White Plains, NY 10601

**BY FACSIMILE**
914-390-4085

Re: Nektalov, et al v. Jefferson Valley Mall, et al
Docket no.: 07 CV 06533 (CLB) (AJP)

Honorable Sir:

I represent the plaintiffs in the above captioned matter. I contacted Chambers on the above date to indicate that the parties are engaged in earnest settlement discussions. There is a conference on before the Court on November 2, 2007 at 9:00AM. On behalf of myself and my adversary I respectfully request that this matter be adjourned one week to November 9, 2007 to permit the parties to finalize the terms of the settlement. This request is with the full consent of defendants' counsel, Simmons, Jannace & Stagg, LLP, 75 Jackson Avenue, Syosett, NY 11791.

Thank you for your consideration in this matter.

Respectfully submitted,

STEPHEN R. KRAWITZ, LLC

Stephen R. Krawitz, Esq.

SRK/r
cc: Steve Romano, Esq.
 516-357-8112 FAX
Nektalov ltr to Court re adjmnt#115