# SIMMONS, JANNACE & STAGG, L.L.P.

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JASON W. CREECH
JACQUELINE DELLA CHIESA
KATHRYN FITZGERALD
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
CARYN M. PINCUS*
COREY J. PUGLIESE
MARVIN N. ROMERO*
MICHELLE E. TARSON*

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

April 24, 2008

<u>Via Facsimile No.: (914) 390-4085</u>

Chambers of the
The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
Room 275
White Plains, New York 10601-4150

Attention: <u>Mary</u>

  Re: Daniel Nekatalov and Nina Yagudayeva v.
    Jefferson Valley Mall, Jefferson Valley Mall
    Limited Partnership, M.S. Management
    Associates, Inc., and Simons Property Group, Inc.
    Civil Action No.: 07-CV-6533 (CLB)(AJP)
    Brieant, J.
    Peck, M.J.
    Our File No.: SPG 5065

Dear Mary:

  Please be advised that we represent the defendants in connection with this matter. Discovery has been progressing smoothly. A non-party witness deposition is presently scheduled for May 9, 2008. Counsel for plaintiffs and defendants respectfully request that the Status Conference, currently scheduled for April 25, 2008, be on consent of the Court and all

Chambers of the
The Honorable Charles L. Brieant
United States District Court
Southern District of New York
April 24, 2008
Page 2

    Thank you for the opportunity to address the court in connection with this matter.

                                    Very truly yours,

                                    Michael D. Kern (mk-9573)

MDK:jc

cc: <u>Via Facsimile No.: (212) 682-8821</u>
    Stephen R. Krawitz, LLC
    271 Madison Avenue, Suite 200
    New York, New York 10016

Judge Brieant Ltr1-req adj status conf